**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| SOLOMON MARTIN RUIZ, | Case No. EDCV 20-2494-CJC (AS) |
|           Petitioner, | **JUDGMENT** |
|    v. | |
| WARDEN JOHNSON, | |
|           Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: June 4, 2021 __

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE